

# Fourth Court of Appeals
## San Antonio, Texas

January 8, 2020

No. 04-19-00708-CR

Imelda **BARRERA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 79th Judicial District Court, Brooks County, Texas
Trial Court No. 18-06-11255-CRSI
Honorable Federico Hinojosa, Judge Presiding

# O R D E R

Court Reporter, Sonia Trevino's notification of late record is this date NOTED. Time is extended to January 15, 2020.

It is so **ORDERED** on January 8, 2020.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
Clerk of Court